

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| SEAN GARISON MCNERTHNEY, | § | No. 08-23-00012-CR |
| Appellant, | § | Appeal from the |
| v. | § | 226th Judicial District Court |
| THE STATE OF TEXAS, | § | of Bexar County, Texas |
| Appellee. | § | (TC# 2020CR11691) |

### J U D G M E N T

The Court has considered this cause on Appellee's motion to dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal.

IT IS SO ORDERED THIS 22ND DAY OF JUNE, 2023.


LISA J. SOTO, Justice


Before Rodriguez, C.J., Palafox, and Soto, JJ.